JUDGE GARDEPHE     **09 CIV   7054**

A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Aug 10, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 10, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: THE RESERVE FUND SECURITIES
AND DERIVATIVE LITIGATION
   Fred J. Joseph v. The Reserve Fund, et al., )
      D. Colorado, C.A. No. 1:09-622        )   MDL No. 2011

## TRANSFER ORDER

**Before the entire Panel**: Plaintiff in this Colorado action moves pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring *Joseph* to the Southern District of New York for inclusion in MDL No. 2011. Defendant The Reserve Fund opposes the motion.

After considering all argument of counsel, we find that this action involves common questions of fact with actions in this litigation previously transferred to the Southern District of New York and that transfer of this action to the Southern District of New York for inclusion in MDL No. 2011 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Southern District of New York was a proper Section 1407 forum for actions arising from (1) alleged misrepresentations and/or omissions surrounding the time that the Primary Fund "broke the buck" on September 16, 2008, and (2) the halting of Primary Fund redemptions. *See In re: The Reserve Fund Securities and Derivative Litigation*, 598 F.Supp.2d 1370 (J.P.M.L. 2009).

Plaintiff can present his motion for remand to state court to the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Paul G. Gardephe for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2009

GREGORY C. LANGHAM
        CLERK

A CERTIFIED COPY
J. MICHAEL McMAHON,  CLERK

BY _____ DEPUTY CLERK

-2-

PANEL ON MULTIDISTRICT LITIGATION

*John G. Heyburn II*
Chairman

Robert L. Miller, Jr.   Kathryn H. Vratil
David R. Hansen        W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.